CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAR 2 1 2018

JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) Case No. 7:17cr00075 |
| v. | ) |
| | ) By: Michael F. Urbanski |
| AKEEM ALEXIS BREWER, <u>ET AL.</u> | ) Chief United States District Judge |

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion entered this date, defendant's motion to modify or quash search warrant (ECF No. 31) is **GRANTED in part** and **DENIED in part**. The court further **ORDERS**:

1. Paragraph 4 of Attachment B of the search warrant issued on November 15, 2017 (ECF No. 2, 7:17-mj-00129) shall be **MODIFIED** to the following: "Records evidencing the use of the Internet Protocol addresses and records of internet activity that relate to violations of 21 U.S.C. §§ 841 and 846 and involve Akeem Alexis BREWER, including: a) records of Internet Protocol addressed used; b) records of Internet activity, including firewall logs, caches, browser history and cookies, 'bookmarked' or 'favorite' web pages, search terms that the user entered into any Internet search engine, and records of user-typed web addresses."

2. The government shall destroy the downloaded copy of Device 2's data forthwith, and certify the destruction to Brewer's counsel. The government may retain physical custody of Device 2 in its possession, without examination, pending the trial of this case or further order of the court.

1

It is **SO ORDERED**.

Entered: 03-21-2018

/s/ Michael F. Urbanski
Michael F. Urbanski
Chief United States District Judge